# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:05cr80 |
| | § | (Judge Schneider) |
| RAFAEL CASTANEDA-ESPINOZA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's request to extend time for filing appeal. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court deny Defendant's request to extend time. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed August 2, 2006, are hereby ADOPTED.

It is further ORDERED that Defendant's request to extend time for filing appeal is DENIED.

**SIGNED this 18th day of September, 2006.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE